UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARY AMY DIEFFENWIERTH,**

    Plaintiff,

v.                      Case No.  8:08-cv-1213-T-30MAP

**A.G. EDWARDS & SONS, LLC and WACHOVIA SECURITIES, LLC,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Agreed Motion to Compel Arbitration and Dismiss Case (Dkt. #5).  The Court, having considered the motion, exhibits, and being otherwise advised in the premises, concludes that the agreed motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1.    The parties' Agreed Motion to Compel Arbitration and Dismiss Case (Dkt. #5) is **GRANTED**.

2.    This case is hereby **DISMISSED** without prejudice.

3.    The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1213.mt compel arbitrat and dismiss 5.wpd